**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

KIMBERLY SHELTON,                     )
DETONTRA THOMAS, GREGORY,    )
BRANTLEY, GWENDOLYN            )
SANDERS, JERRY PATE, JOSHUA    )
CLAY, KATRINA WILLIAMS,           )
KEISHA WATKINS, KRYSHELL        )
MCNEIL, LINDA BRANTLEY,          )
MICHAEL FULLER, RICHARD         )   Civil Action File No.
ALEXANDER, ROOSEVELT JONES,  )   1:13-vs-04206-MHC
SHAUNTAE SCOTT, and               )
STEPHANI SCOTT                        )
                                                )
     Plaintiffs                            )
v.                                              )
                                                )   **DEFENDANTS' REPLY IN**
                                                )   **SUPPORT OF ITS**
GOURMET SERVICES, INC.,             )   **MOTION TO EXTEND**
GOURMET SERVICES                     )   **TIME TO FILE MOTIONS**
MANAGEMENT GROUP, LLC,         )   **FOR SUMMARY**
NATHANIEL R. GOLDSTON,          )   **JUDGMENT**
VALERIE M. GOLDSTON, and        )
KIMBERLY MARTIN-GOLDSTON  )
                                                )
    Defendants.                          )
                                                )

    NOW COME the defendants and submit this Reply to certain points raised

in plaintiffs' Opposition.

    1.    Plaintiffs' statements regarding the events in October and November

2014 require further explanation.  First, plaintiffs failed to produce six plaintiffs for

depositions on November 3-5. This resulted in defendants filing a motion to compel and requesting sanctions on November 5, 2014 (Dkt. 44).

2.     On November 13, 2014, the Court reopened discovery for one additional day (November 24, 2014) in order for defendants to take the depositions of remaining plaintiffs. (Dkt. 51). Those plaintiffs included: Detondra Thomas, Michael Fuller and Shuntae Scott. The other three did not appear for their depositions and were dismissed from the case.

3.     The Court ultimately granted sanctions in favor of defendants in the amount of $8,431.38. (Dkt. 54).

4.     Because of plaintiffs' counsel's failure to produce their clients during the dates requested (November 3-5, 2014), defendants sought a Joint Motion to Extend Time to File Motions for Summary Judgment and/or the Proposed Pretrial Order filed on December 4, 2014 (Dkt. 55). This Joint Motion was necessitated by plaintiffs' violations of Federal Rules of Civil Procedure 37.

5.      Contrary to plaintiffs' assertions, Brianna Williams did tell plaintiffs' counsel on February 6th that the partners were out of town due to business and vacation. She was unaware of their specific schedules, however.

6.     Travel plans for Karl Terrell and Arch Stokes changed drastically because of events out of our firm's control.

7.     The plaintiffs claim that events surely could have been anticipated is a gross exaggeration.

WHEREFORE, the defendants move this court for a final seven day extension of time to file their motion for summary judgment to February 20, 2015.

Respectfully submitted this 13th day of February, 2015.

                                        **Stokes Wagner Hunt Maretz &**
                                        **Terrell**
                                        Attorneys for Defendants

                                        /s/ John Hunt
                                        Arch Y. Stokes
                                        John R. Hunt
                                        Karl M. Terrell
                                        Brianna E. Williams
                                        John R. Hunt
                                        3593 Hemphill Street
                                        Atlanta, Georgia 30337
                                        (404) 766-0076 – Telephone
                                        (404) 766-8823 - Facsimile

## **LOCAL RULE 7.1D CERTIFICATE**

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1B.

By: /s/ John R. Hunt_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendants' Reply In Support Of Its Motion to Extend Time to File Motions for Summary Judgment was e-filed with the Court's ECF system and the same will be sent to the following attorneys of record via E-Mail:

Regina Molden and Alec MacInnes
Molden & Holley Attorneys at Law LLC
233 Peachtree Street
Suite 1245
Atlanta, Georgia 30303

Dated: February 13, 2015

/s/ John R. Hunt
Attorney for Defendants

**Stokes Wagner Hunt Maretz & Terrell**
3593 Hemphill Street
Atlanta, Georgia 30337
Telephone:  (404)766-007
.